UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STEPHANIE SHAMS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ANTONY BLINKEN, et al.,<br><br>Defendants. | CASE NO. 3:24-cv-05446-JHC<br><br>ORDER |

    On September 24, 2024, the Court ordered Plaintiffs to show cause within ten (10) days why this matter should not be dismissed without prejudice for failure to comply with Federal Rule of Civil Procedure 4(m). Dkt. # 3. Plaintiffs failed to respond. Accordingly, the Court DISMISSES this matter without prejudice for failure to comply with Rule 4(m).

    Dated this 7th day of November, 2024.

*John H. Chun*
John H. Chun
United States District Judge

ORDER - 1